Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 JAN 17 PM 2:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

United States of America for the Use and Benefit of RON CHAVEZ, D.B.A. SAN DIEGO CONSTRUCTION ☒

vs WELDING

INSURANCE COMPANY OF THE WEST, a California corporation; HAR CONSTRUCTION, INC., a California corporation, and DOES 1 through 10, inclusive

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0097 WQH LSP

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Timothy J. Nash, Esq.
LAW OFFICES OF CARY RICHARD BOND, A PROF. CORP.
501 West Broadway, Suite 1660
San Diego, CA 92101   (619) 230-8700

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

P. DELA CRUZ

By _____, Deputy Clerk

JAN 17 2008

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)