**PROOF OF SERVICE**
United States of America for the Use and Benefit of Ron Chavez dba San Diego Construction Welding v. Insurance Company of the West; HAR Construction, Inc.
Case No.: 08 CV 0097 WQH LSP

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 3588 Fourth Avenue, Suite 200, San Diego, California 92103. On February 12, 2008, I caused the foregoing document(s) described as:

**ANSWER OF DEFENDANTS HAR CONSTRUCTION, INC. AND INSURANCE COMPANY OF THE WEST; and**

**HAR CONSTRUCTION, INC.'S COUNTERCLAIM FOR BREACH OF CONTRACT**

to be served on the interested parties in this action as follows:

☒   by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Timothy J. Nash, Esq.
L/O of Cary Richard Bond
501 West Broadway, Suite 1660
San Diego, CA 92101
Tel: 619-230-8700
Fax: 619-232-2544
**Attorneys for Plaintiff Ron Chavez dba San Diego Construction Welding**

☒   **BY MAIL:** I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

☐   **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard _____ delivery procedures.

☐   **BY FAX:** In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐   **BY ELECTRONIC FILING:** I electronically served the foregoing document(s) this date via electronic filing through Lexis/Nexis E-File service. I caused all of the above-titled document(s) to be sent to the recipients noted via Lexis/Nexis E-File service. This service complies with CCP § 1010.6. A copy of the Lexis/Nexis filing receipt will be maintained with the original document(s) in our office to prove completion of service.

☐   **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

| | | |
|---|---|---|
| ☐ | [State] | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| ☒ | [Federal] | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. |

Executed on February 12, 2008, at San Diego, California.

_____
ELIZABETH BROWN

60214.1