**NUNC PRO TUNC**
MAR 0 6 2008
FILED
08 MAR 11 PM 3:51
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CARY RICHARD BOND, ESQ. (SBN 115467)
TIMOTHY J. NASH, ESQ. (SBN 144727)
Law Offices of Cary Richard Bond, APC
501 West Broadway, Suite 1660
San Diego, California 92101
Telephone: (619) 230-8700
Facsimile: (619) 232-2544
516.22

Attorneys for Use Plaintiff/Counterdefendant Ron Chavez, d.b.a. San Diego Construction Welding

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America for the Use and Benefit of RON CHAVEZ, D.B.A. SAN DIEGO CONSTRUCTION WELDING,<br><br>        Use-Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE WEST, a California corporation; HAR CONSTRUCTION, INC., a California corporation, and DOES 1 through 10, inclusive,<br>        Defendants. | Civil No.: 08-0097-WQH(LSP)<br><br>ANSWER TO COUNTERCLAIM |

Use Plaintiff/Counter-defendant RON CHAVEZ, D.B.A. SAN DIEGO CONSTRUCTION WELDING (hereinafter referred to as "Counterdefendant") hereby answers the Counterclaim of Defendant/Counter-claimant HAR CONSTRUCTION, INC. ("HAR") as follows:

    1.    In response to Paragraph 1 of the General Allegations in HAR's counterclaim, Counterdefendant admits the allegations therein.

    2.    In response to Paragraph 2 of the General Allegations in HAR's counterclaim, Counterdefendant admits the allegations therein.

    3.    In response to Paragraph 3 of the General Allegations in HAR's counterclaim, Counterdefendant is without sufficient information to form a belief as to the truth of the allegations

and on that basis denies the allegations contained therein.

4. In response to Paragraph 4 of the General Allegations in HAR's counterclaim, Counterdefendant is without sufficient information to form a belief as to the truth of the allegations and on that basis denies the allegations contained therein.

5. Counterdefendant realleges and incorporates herein by reference all allegations contained in Paragraphs 1 through 4, above.

6. In response to Paragraph 6 of the First Cause of Action in HAR's counterclaim, Counterdefendant admits that it entered into the subcontract agreement as identified therein. As to the remaining allegations, Counterdefendant is without sufficient information to form a belief as to the truth of the allegations and on that basis denies the allegations contained therein.

7. In response to Paragraph 7 of the First Cause of Action in HAR's counterclaim, Counterdefendant alleges that the subcontract agreement itself contains the best evidence of the Counterdefendant's scope of work. As to the remaining allegations, Counterdefendant is without sufficient information to form a belief as to the truth of the allegations and on that basis denies the allegations contained therein.

8. In response to Paragraph 8 of the First Cause of Action in HAR's counterclaim, Counterdefendant alleges that the subcontract agreement itself contains the best evidence of the liquidated damages provision contained therein. As to the remaining allegations, Counterdefendant denies that it owes HAR any sum whatsoever, but instead HAR owes Counterdefendants a sum to be determined according to proof at the time of trial.

9. In response to Paragraph 9 of the First Cause of Action in HAR's counterclaim, Counterdefendant denies that it owes HAR any sum whatsoever, but instead HAR owes Counterdefendants a sum to be determined according to proof at the time of trial.

WHEREFORE, Counterdefendant prays judgment as follows:

1. That HAR take nothing by way of its counter-claim;

2. For damages according to proof;

3.    For reasonable attorneys' fees;

4.    For costs of suit incurred herein; and

5.    For such other and further relief as the Court deems just and proper.

Dated: March 4, 2008

LAW OFFICES OF CARY RICHARD BOND, A PROF. CORP

*/s/ Cary Richard Bond*

Cary Richard Bond, Esq.
Timothy J. Nash, Esq.
Attorneys for Use Plaintiff/Counterdefendant RON CHAVEZ,
D.B.A. SAN DIEGO CONSTRUCTION WELDING

G:\516\22\AnswerCounterClaim.030408.wpd

| | | | |
|---|---|---|---|
| 1 | CASE NAME | : | RON CHAVEZ v. INSURANCE COMPANY OF THE WEST, HAR CONSTRUCTION, INC. |
| 2 | CIVIL NO. | : | 08-0097-WQH(LSP) |

PROOF OF SERVICE BY MAIL
STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, Timothy J. Nash, am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to the within action; my business address is 501 West Broadway, Suite 1660, San Diego, CA 92101.

On March 5, 2008, I served the foregoing documents entitled: ANSWER TO COUNTERCLAIM and PROOF OF SERVICE on all served parties in this action by mailing a true and correct copy thereof:

Andrew Berman, Esq.
MASSIE BERMAN
3588 Fourth Avenue, Suite 200
San Diego, CA 92101
Attorney for ICW, HAR

__X__ (BY MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On March 5, 2008 the above-named correspondence was placed for deposit at San Diego, California and placed for collection and mailing following ordinary business practices.

_____ (BY EXPRESS SERVICE) I caused such document to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated for, addressed to the person on whom it is to be served.

_____ (BY FACSIMILE IN THE ORDINARY COURSE OF BUSINESS) The above identified documents were transmitted by facsimile to _____, and the transmission was reported complete and without error on_____, 2008 at     p.m.; attached hereto please find a true and correct copy of the transmission report as generated by the transmitting facsimile machine.

_____ (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On____, the above-named correspondence was placed for deposit via certified mail, return receipt requested, at San Diego, California and placed for collection and mailing following ordinary business practices.

_____ (BY PERSONAL SERVICE) I personally delivered the document(s) listed above to the person(s) at the address(es) listed above.

__X__ (STATE) I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

March 5, 2008

_____
Timothy J. Nash

G:\516\22\POS02.030508.wpd

CIVIL NO.:   08-0097-WQH(LSP)
PROOF OF SERVICE