CARY RICHARD BOND, ESQ. (SBN 115467)
TIMOTHY J. NASH, ESQ. (SBN 144727)
Law Offices of Cary Richard Bond, APC
501 West Broadway, Suite 1660
San Diego, California 92101
Telephone: (619) 230-8700
Facsimile: (619) 232-2544
516.22

Attorneys for Use Plaintiff/Counterdefendant Ron Chavez, d.b.a. San Diego Construction Welding

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America for the Use and Benefit of RON CHAVEZ, D.B.A. SAN DIEGO CONSTRUCTION WELDING,<br><br>　　　　　Use-Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF THE WEST, a California corporation; HAR CONSTRUCTION, INC., a California corporation, and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | Civil No.: 08-0097-WQH(LSP)<br><br>ANSWER TO COUNTERCLAIM |

Use Plaintiff/Counter-defendant RON CHAVEZ, D.B.A. SAN DIEGO CONSTRUCTION WELDING (hereinafter referred to as "Counterdefendant") hereby answers the Counterclaim of Defendant/Counter-claimant HAR CONSTRUCTION, INC. ("HAR") as follows:

1.　　In response to Paragraph 1 of the General Allegations in HAR's counterclaim, Counterdefendant admits the allegations therein.

2.　　In response to Paragraph 2 of the General Allegations in HAR's counterclaim, Counterdefendant admits the allegations therein.

3.　　In response to Paragraph 3 of the General Allegations in HAR's counterclaim, Counterdefendant is without sufficient information to form a belief as to the truth of the allegations

and on that basis denies the allegations contained therein.

4. In response to Paragraph 4 of the General Allegations in HAR's counterclaim, Counterdefendant is without sufficient information to form a belief as to the truth of the allegations and on that basis denies the allegations contained therein.

5. Counterdefendant realleges and incorporates herein by reference all allegations contained in Paragraphs 1 through 4, above.

6. In response to Paragraph 6 of the First Cause of Action in HAR's counterclaim, Counterdefendant admits that it entered into the subcontract agreement as identified therein. As to the remaining allegations, Counterdefendant is without sufficient information to form a belief as to the truth of the allegations and on that basis denies the allegations contained therein.

7. In response to Paragraph 7 of the First Cause of Action in HAR's counterclaim, Counterdefendant alleges that the subcontract agreement itself contains the best evidence of the Counterdefendant's scope of work. As to the remaining allegations, Counterdefendant is without sufficient information to form a belief as to the truth of the allegations and on that basis denies the allegations contained therein.

8. In response to Paragraph 8 of the First Cause of Action in HAR's counterclaim, Counterdefendant alleges that the subcontract agreement itself contains the best evidence of the liquidated damages provision contained therein. As to the remaining allegations, Counterdefendant denies that it owes HAR any sum whatsoever, but instead HAR owes Counterdefendants a sum to be determined according to proof at the time of trial.

9. In response to Paragraph 9 of the First Cause of Action in HAR's counterclaim, Counterdefendant denies that it owes HAR any sum whatsoever, but instead HAR owes Counterdefendants a sum to be determined according to proof at the time of trial.

WHEREFORE, Counterdefendant prays judgment as follows:

1. That HAR take nothing by way of its counter-claim;

2. For damages according to proof;

3. For reasonable attorneys' fees;

4. For costs of suit incurred herein; and

5. For such other and further relief as the Court deems just and proper.

Dated:   March 4, 2008

LAW OFFICES OF CARY RICHARD BOND, A PROF. CORP

_____
Cary Richard Bond, Esq.
Timothy J. Nash, Esq.
Attorneys for Use Plaintiff/Counterdefendant   RON CHAVEZ,
D.B.A. SAN DIEGO CONSTRUCTION WELDING

G:\516\22\AnswerCounterClaim.030408.wpd