**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CHAVEZ                          v. INS. CO. WEST                     No. 08-0097-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK          Rptr.  3.5 H

Attorneys

Plaintiffs                                                         Defendants

CARY BOND                                          ANDREW BERMAN


Settlement Conference held.


DATE: April 9, 2008