**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CHAVEZ                              v. INS. CO. WEST                       No. 08-0097-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK           Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| CARY BOND | ANDREW BERMAN |

Case settled.  Plaintiff's/Defendant's counsel to submit papers within ___30___ days.

A Settlement Disposition Conference will be held in this case on May 13, 2008, at 4:00 p.m., in the chambers of Magistrate Papas unless a signed stipulation for dismissal of this case is filed and a copy of the signed stipulation is provided to the chambers of Magistrate Judge Papas, prior to that time.  If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor.  Monetary sanctions shall be imposed for failure to comply with this order.

DATE: April 9, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge