UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

S. For the use of
Chavez, dba San Diego
Struction Welding
                    Plaintiff(s)

v.

Insurance Company of the West
Construction
                    Defendant(s)

CONSENT TO EXERCISE OF SETTLEMENT
JURISDICTION BY A UNITED STATES MAGISTRATE
JUDGE AND ORDER OF REFERENCE

CASE NUMBER: 08-0097-WQH(LSP)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Leo S. Papas to decide:
(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
(2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be FINAL AND BINDING AND FROM WHICH THE PARTIES SPECIFICALLY WAIVE ANY RIGHT TO APPEAL.

The parties intend to provide Magistrate Judge Papas with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Papas may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to monetary and/or injunctive relief, and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures | Date |
|---|---|
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4-11-08 |
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4-15-08 |
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4-21-08 |
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4-21-08 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Leo S. Papas, United States Magistrate Judge, for all settlement proceedings, including all disputes regarding interpretation and enforcement of the terms of the settlement agreement, and the entry of judgment in accordance with 28 U.S.C. §636(c), FRCP 73 and the foregoing consent of the parties.

| | | |
|---|---|---|
| CASE NAME | : | RON CHAVEZ v. INSURANCE COMPANY OF THE WEST, HAR CONSTRUCTION, INC. |
| CIVIL NO. | : | 08-0097-WQH(LSP) |

PROOF OF SERVICE BY MAIL
STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, Anna Barbour, am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to the within action; my business address is 501 West Broadway, Suite 1660, San Diego, CA 92101.

On April 21, 2008, I served the foregoing documents entitled: Consent to Exercise of Settlement Jurisdiction by a United States Magistrate Judge and Order of Reference and Proof of Service on all served parties in this action by mailing a true and correct copy thereof:

Andrew Berman, Esq.
MASSIE BERMAN
3588 Fourth Avenue, Suite 200
San Diego, CA 92101
Attorney for ICW, HAR

__X__ **(BY MAIL IN THE ORDINARY COURSE OF BUSINESS)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On April 21, 2008 the above-named correspondence was placed for deposit at San Diego, California and placed for collection and mailing following ordinary business practices.

_____ **(BY EXPRESS SERVICE)** I caused such document to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated for, addressed to the person on whom it is to be served.

_____ **(BY FACSIMILE IN THE ORDINARY COURSE OF BUSINESS)** The above identified documents were transmitted by facsimile to _____, and the transmission was reported complete and without error on_____, 2008 at    p.m.; attached hereto please find a true and correct copy of the transmission report as generated by the transmitting facsimile machine.

_____ **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, IN THE ORDINARY COURSE OF BUSINESS)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On____, the above-named correspondence was placed for deposit via certified mail, return receipt requested, at San Diego, California and placed for collection and mailing following ordinary business practices.

_____ **(BY PERSONAL SERVICE)** I personally delivered the document(s) listed above to the person(s) at the address(es) listed above.

__X__ **(STATE)** I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

April 21, 2008

_____
Anna Barbour

G:\516\22\POS03.042108.wpd

CIVIL NO.:   08-0097-WQH(LSP)
PROOF OF SERVICE