ent                04/21/2008

FILED

08 MAY -1 AM 10: 07

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

S. For the Use of
m Chavez dba San Diego
struction Welding         Plaintiff(s)

v.

surance Company of the West
Construction        Defendant(s)

**CONSENT TO EXERCISE OF SETTLEMENT
JURISDICTION BY A UNITED STATES MAGISTRATE
JUDGE AND ORDER OF REFERENCE**

CASE NUMBER: 08-0097-WQH(LSP)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Leo S. Papas to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and

(2) all disputes arising out of the terms of the settlement agreement once completed;

ND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be FINAL AND BINDING AND FROM WHICH THE PARTIES SPECIFICALLY WAIVE ANY RIGHT TO APPEAL.

The parties intend to provide Magistrate Judge Papas with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Papas may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures | Date |
|---|---|
| _(signature)_ | 4-11-08 |
| de one each (Plaintiff/Defendant) and (Attorney/Client) | |
| _(signature)_ | 4-15-08 |
| de one each (Plaintiff/Defendant) and (Attorney/Client) | |
| _(signature)_ Cary | 4-21-08 |
| de one each (Plaintiff/Defendant) and (Attorney/Client) | |
| _(signature)_ | 4-21-08 |
| de one each (Plaintiff/Defendant) and (Attorney/Client) | |
| | |
| de one each (Plaintiff/Defendant) and (Attorney/Client) | |
| | |
| de one each (Plaintiff/Defendant) and (Attorney/Client) | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Leo S. Papas, United States Magistrate Judge, for all settlement proceedings, including all disputes regarding interpretation and enforcement of the terms of the settlement agreement, and the entry of judgment in accordance with 28 U.S.C. §636(c), FRCP 73 and the foregoing consent of the parties.

4/30/08        _(signature)_