## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CHAVEZ                         v. INS. CO. WEST                    No. 08-0097-WQH(LSP)

HON. LEO S. PAPAS       CT. DEPUTY J. JARABEK         Rptr.

                                    Attorneys

        Plaintiffs                                          Defendants


The date and time of the Settlement Disposition Conference on May 13, 2008 at 4:00 PM is vacated and reset for June 17, 2008 at 4:00 PM.

If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: May 12, 2008

                                                    _____
                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge