**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CHAVEZ                         v.  INS. CO. WEST                     No. 08-0097-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK         Rptr.

Attorneys

Plaintiffs                                                                Defendants

The date and time of the Settlement Disposition Conference on July 17, 2008 at 4:00 PM is vacated and reset for July 24, 2008 at 4:00 PM.

If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: July 16, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge