1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11  United States of America for the Use and     )    Civil No.: 08-0097-WQH(LSP)
    Benefit of RON CHAVEZ, D.B.A. SAN            )
    DIEGO CONSTRUCTION WELDING,                   )
12                                                )
                    Use-Plaintiff,               )
13                                                )
    v.                                            )
14                                                )
    INSURANCE COMPANY OF THE WEST, a              )
15  California   corporation;   HAR               )
    CONSTRUCTION,   INC.,    a   California       )
16  corporation, and DOES 1 through 10, inclusive,)
                                                  )    JOINT MOTION FOR DISMISSAL OF ALL
17                  Defendants.                   )    CLAIMS
                                                  )
18  ————————————————————————                     )
    HAR CONSTRUCTION, INC., a California          )
19  corporation,                                  )
                                                  )
20                  Counterclaimant,              )
                                                  )
21  v.                                            )
                                                  )
22  RON   CHAVEZ   dba   SAN   DIEGO              )
    CONSTRUCTION WELDING, and ROES 1              )
23  through 10, inclusive,                        )
                                                  )
24                  Counterdefendants.            )
                                                  )
25

26          Having executed the Settlement Agreement and Mutual Release and thereby resolving this

27  litigation, IT IS AGREED AND STIPULATED between the parties, Use Plaintiff/Counter-defendant

28
                                        1                    MOTION FOR DISMISSAL

1  Ron Chavez, D.B.A., San Diego Construction Welding, Defendant/Counter-claimant HAR

2  Construction, Inc., and Defendant Insurance Company of the West that all claims and counter-claims

3  filed in the above-referenced action are hereby dismissed with prejudice.

4

5  Dated: July 22, 2008

6                                    LAW OFFICES OF CARY RICHARD BOND, A PROF. CORP

7                        By: _____

8                              Cary Richard Bond, Esq.
                               Attorneys for Use Plaintiff/Counterdefendant   RON CHAVEZ,
9                              D.B.A. SAN DIEGO CONSTRUCTION WELDING

10

11  Dated: July 17, 2008

12

13                                    MASSIE BERMAN

14                        By: _____

15                              Andrew E. Berman
                               Attorneys for Defendant/Counterclaimant HAR
                               Construction, Inc., and Defendant Insurance Company of the West

16

17

18

19

20

21

22

23

24

25

26  G:\516\22\JointDismissal.071508.wpd

27

28                                            2                        MOTION FOR DISMISSAL