**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CHAVEZ                              v. INS. CO. WEST                        No. 08-0097-WQH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK         Rptr.
                                            Attorneys
         Plaintiffs                                                                Defendants

The Settlement Disposition Conference set for July 24, 2008 at 4:00 p.m. is vacated.  Dismissal received.

DATED: July 22, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge