# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CHAVEZ, | CASE NO. 08cv97 WQH (LSP) |
| Plaintiff, | **ORDER** |
| vs. | |
| INSURANCE COMPANY OF THE WEST, et al., | |
| Defendants. | |

HAYES, Judge:

   The Joint Motion for Dismissal of All Claims (Doc. # 21) is **GRANTED.** All claims and counter-claims in the above-referenced action are **DISMISSED with prejudice.**

DATED: July 23, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge